UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CRAIG ALLAN WILLIAMS,**           )<br>)<br>Petitioner,         )<br>)<br>v.                                  )<br>)<br>**R. MARTINEZ, Warden, et al.,**  )<br>)<br>Respondents.      )<br>) | Civil Action No. 08-971 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for lack of jurisdiction. This is a final appealable Order. *See* Rule 4(a), Fed. R. App. P.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 18, 2008