UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUL 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRAIG ALLAN WILLIAMS,

    Petitioner,

v.                                    Civil Action No. 08-971(ESH)

R. MARTINEZ, Warden, et al.,

    Respondents.

## NOTICE OF APPEAL

Petitioner Craig Allan Williams hereby gives notice that he appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on June 18, 2008, by Ellen Segal Huvelle, United States District Judge, related to petitioner's "Petition For Writ Of Habeas Corpus." Issues to be presented on appeal include, without limitation, the propriety of the denial of the Petition.

                              Respectfully submitted

                              */s/ Craig Allan Williams*
                              Craig Allan Williams #05723-000
                              U.S.P. Allenwood, P.O. Box 3000
                              White Deer, Pennsylvania 17887

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 11th day of July, 2008, to: Kenneth L. Wainstein, United States Attorney For The District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20001.

*/s/ Craig Allan Williams*