# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5221**                                    **September Term 2007**

1:08-cv-00971-ESH

Filed On: July 30, 2008 [1130434]

Craig Allan Williams,

    Appellant

    v.

R. Martinez, Warden and Kenneth L. Wainstein, United States Attorney for the District of Columbia,

    Appellees

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk
                      BY:    /s/
                                            Elizabeth V. Scott
                                            Deputy Clerk