UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig Allan Williams,<br><br>    Petitioner,<br><br>    v.<br><br>R. Martinez, *et al.*,<br><br>    Respondents. | Civil Action No. 08-0971 (ESH) |

## ORDER

An Order by the United States Court of Appeals for the District of Columbia Circuit has referred to this Court for resolution in the first instance "the determination whether a certificate of appealability is warranted in this case." Order (July 30, 2008). For the reasons stated in the Memorandum Opinion accompanying the Dismissal Order dated June 18, 2008, from which the petitioner appeals, the Court finds that the petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court determines that a certificate of appealability is not warranted. Therefore, it is hereby

**ORDERED** that a certificate of appealability be, and hereby is, **DENIED.**

                                                                /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Dated: August 4, 2008