# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5221**  **September Term 2007**

1:08-cv-00971-ESH

Filed On: August 21, 2008 [1134506]

Craig Allan Williams, Appellant

v.

R. Martinez, Warden and Kenneth L. Wainstein, United States Attorney for the District of Columbia, Appellees

### ORDER

Upon consideration of the motion to extend time to file request for certificate of appealability in United States Court of Appeals for the DC Circuit and the motion to appeal in forma pauperis, which was received from appellant, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

**FURTHER ORDERED** that the motion to extend time be dismissed as moot.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Mary Anne McMain
Deputy Clerk

Attachment:
   Motion for Leave to Proceed on Appeal In Forma Pauperis