Received
Mail Room

AUG 18 2008

United States Court of Appeals
District of Columbia

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 18 2008
CLERK

CRAIG ALLAN WILLIAMS                    USCA No. 08-5221

v.

R. MARTINEZ, et. al.                    USDC No. 08-0971(ESH)

**ORIGINAL**

### MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, _Craig Allan Williams_, declare that I am the ☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Whether appellant was denied due process and effective assistance of counsel on first appeal as of right when appointed counsel failed to argue (1) that trial counsel
(Continued on reverse side)

Signature _Craig Allan Williams_
Name of *Pro Se* Litigant (PRINT) _Craig Allan Williams #05723-000_
Address _U.S.P. Allenwood, Post Office Box 3000, White Deer, Pennsylvania 17887._

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

[USCADC Form 53 (Jul 2007)]                    -1-

(Reverse side of motion for leave to proceed on appeal in forma pauperis)
(Statement of issues continued)

had been ineffective in cross-examining a particular critical witness, (2) that the trial court had been plainly wrong when it determined that the Parkway Guest House records would not have helped appellant's defense, and (3) that the government had knowingly permitted false or misleading evidence to go uncorrected before the trier of fact.

Whether the district court erred when it disdissed appellant's ineffective assistance of appellate counsel claims pursuant to D.C. Code §23-110(g).

Whether the dismissal of appellant's constitutional claims pursuant to §23-110(g) constitutes (1) a suspension of the writ of habeas corpus in violation of Article 1, §9, cl 2, of the Constitution, (2) a deprivation of liberty without due process and equal protection of the law in violation of the Fifth Amendment, and (3) a denial of appellant's First Amendment right to meaningful access to the courts.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CRAIG ALLAN WILLIAMS

USCA No. 08-5221

v.

R. MARTINEX, et. al.

USDC No. 08-0971(ESH)

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Craig Allan Williams*   Date: 8-13-08

**My issues on appeal are:**

Briefly, that I am in custody in violation of the Constitution because my appellate counsel was ineffective in failing to present crucial issues on first appeal of criminal conviction and the propriety of the denial of my habeas petition. (A more extensive statement of the issues I would like to present to the Court is made in "Motion For Leave To Proceed On Appeal In Forma Pauperis." <u>See</u> Motion For Leave)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 17.00 | $ 0 | $ same | $ 0 |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ Unknown | $ N/A | $ Unknown |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |

I have received $630 in support funds from family members during past 12 months.

Total monthly income: $ 17.00   $ 0   $ same   $ 0

[USCADC Form 53a (Rev. Jul 2007)]                -2-

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

I earn between $14 & $20 prison pay per month.

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.    None

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Prison Account | ---- | $17.00 | 0 |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

Copy attached

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 N/A (Value) |
|---|---|---|
| N/A | N/A | Make & year: |
| | | Model: |
| | | Registration #. |

| Motor vehicle #2 N/A (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year: | N/A | N/A |
| Model: | | |
| Registration #. | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ Unknown |

Are real-estate taxes included?  [ ] Yes  [ ] No    N/A
Is property insurance included?  [ ] Yes  [ ] No

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ Unknown |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |

[USCADC Form 53a (Rev. Jul 2007)]                    -4-

|  | You | Spouse |
|---|---|---|
| Food | $ 0 | $ Unknown |
| Clothing | $ 0 | $ Unknown |
| Laundry and dry-cleaning | $ 0 | $ Unknown |
| Medical and dental expenses | $ 0 | $ Unknown |
| Transportation (not including motor vehicle payments) | $ 0 | $ Unknown |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ Unknown |
|   Homeowner's or renter's | $ 0 | $ 0 |
|   Life | $ 0 | $ 0 |
|   Health | $ 0 | $ 0 |
|   Motor Vehicle | $ 0 | $ 0 |
|   Other: N/A | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ 0 | $ 0 |
| Installment payments<br>  I pay $25 quarterly court fine. | $ 25.00 | $ 0 |
|   Motor Vehicle | $ 0 | $ 0 |
|   Credit card (name): 0 | $ 0 | $ 0 |
|   Department store (name): N/A | $ 0 | $ 0 |
|   Other: N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

[USCADC Form 53a (Rev. Jul 2007)]    -5-

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [ ] Yes    [ ] No

If yes, describe on an attached sheet.

N/A

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [ ] No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:   N/A

_____
_____
_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [ ] No

If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:   N/A

_____
_____
_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

None

14. State the address of your legal residence.
   __United States Penitentiary Allenwood, P.O. Box 3000__
   __White Deer, Pennsylvania 17887_____
   _____

Your daytime phone number: (____) _____
Your age: __49__    Your years of schooling: __10 plus GED Deploma__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of my "Motion For Leave To Proceed On Appeal In Forma Pauperis" and "Affidavit Accompanying Motion For Permission To Appeal in Forma Pauperis" was mailed via U.S. Mail, First Class, postage prepaid this 13th day of August, 2008, to:

>    Kenneth L. Wainstein
>    United States Attorney
>    For The District Of Columbia
>    555 Fourth Street, N.W.
>    Washington, D.C. 20001

*Craig Allan Williams*
SIGNATURE OF Appellant

**Inmate Register Number:** 05723000

**Inmate Name:** WILLIAMS, CRAIG A
**Facility:** Allenwood USP
**Housing Unit:** ALP-A-A
**Living Quarters:** A02-213L

### Account Balances

| Field | Amount |
|---|---|
| Account Balance: | $0.37 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.37 |

| Field | Amount |
|---|---|
| National 6 Months Deposits: | $546.05 |
| National 6 Months Withdrawals: | $546.40 |
| National 6 Months Avg Daily Balance: | $15.40 |
| Local Max. Balance - Prev. 30 Days: | $115.37 |
| Average Balance - Prev. 30 Days: | $9.85 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | N.A. |

Close

Date: 05/28/2008
Time: 8:10:50 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 10/01/2007
**End Date:** 05/28/2008
**Inmate Reg#:** 05723000
**Account Status:** All
**Institution:** All

Facility: ALX

Date: 05/28/2008
Time: 8:10:50 am

Facility: ALX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05723000 | Living Quarters: | A02-213L |
| Inmate Name: | WILLIAMS, CRAIG A | Arrived From: | BUX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 5/29/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 10/16/2007 03:30:21 AM | TX101607 | | | Transfer - In from TRUFACS | $0.72 | | $0.72 |
| | **Total Transactions:** | **1** | | | | | | |
| BUX | 10/16/2007 03:30:21 AM | TFN1016 | | | Phone Withdrawal | $0.04 | | $0.72 |
| BUX | 10/16/2007 03:30:21 AM | TX101607 | | | Transfer - Out to TRUFACS | ($0.72) | | $0.00 |
| | **Total Transactions:** | **2** | | | | | | |
| ALX | 12/07/2007 12:31:14 PM | HIPP1107 | | | Payroll - IPP | $20.20 | | $20.92 |
| ALX | 12/08/2007 01:05:42 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $18.92 |
| ALX | 12/08/2007 06:01:06 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $16.92 |
| ALX | 12/10/2007 09:47:15 PM | TFN1210 | | | Phone Withdrawal | ($2.00) | | $14.92 |
| ALX | 12/12/2007 03:17:37 PM | HICP1207 | | | Inmate Co-pay | ($2.00) | | $12.92 |
| ALX | 12/20/2007 08:36:42 PM | TFN1220 | | | Phone Withdrawal | ($2.00) | | $10.92 |
| ALX | 12/21/2007 11:36:22 AM | TFN1221 | | | Phone Withdrawal | ($1.00) | | $9.92 |
| ALX | 12/31/2007 11:48:06 AM | TFN1231 | | | Phone Withdrawal | ($1.00) | | $8.92 |
| ALX | 12/31/2007 05:29:39 PM | TFN1231 | | | Phone Withdrawal | ($2.00) | | $6.92 |
| ALX | 01/01/2008 06:19:30 PM | TFN0101 | | | Phone Withdrawal | ($1.00) | | $5.92 |
| ALX | 01/01/2008 06:24:31 PM | TFN0101 | | | Phone Withdrawal | ($5.00) | | $0.92 |
| ALX | 01/03/2008 11:07:44 AM | 33306908 | | | Western Union | $150.00 | | $150.92 |
| ALX | 01/03/2008 03:14:24 PM | TFN0103 | | | Phone Withdrawal | ($3.00) | | $147.92 |
| ALX | 01/03/2008 07:38:15 PM | TFN0103 | | | Phone Withdrawal | ($2.00) | | $145.92 |
| ALX | 01/04/2008 12:03:05 PM | 73 | | | Sales | ($69.45) | | $76.47 |
| ALX | 01/04/2008 03:00:52 PM | HIPP1207 | | | Payroll - IPP | $18.00 | | $94.47 |
| ALX | 01/04/2008 07:21:50 PM | TFN0104 | | | Phone Withdrawal | ($10.00) | | $84.47 |
| ALX | 01/05/2008 03:45:34 PM | TFN0105 | | | Phone Withdrawal | ($2.00) | | $82.47 |
| ALX | 01/05/2008 08:12:05 PM | TFN0105 | | | Phone Withdrawal | ($2.00) | | $80.47 |
| ALX | 01/06/2008 03:56:48 PM | TFN0106 | | | Phone Withdrawal | ($2.00) | | $78.47 |
| ALX | 01/06/2008 06:52:51 PM | TFN0106 | | | Phone Withdrawal | ($2.00) | | $76.47 |
| ALX | 01/07/2008 08:31:16 AM | | | 2197 | Books | ($60.00) | — | $16.47 |
| ALX | 01/08/2008 01:58:43 PM | | 81 | | Sales | ($9.70) | | $6.77 |

Page 2

Date: 05/28/2008
Time: 8:10:51 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

## General Information

| | |
|---|---|
| Inmate Reg#: | 05723000 |
| Inmate Name: | WILLIAMS, CRAIG A |
| Current Site Name: | Allenwood FCC |
| Housing Unit: | ALP-A-A |
| Living Quarters: | A02-213L |
| Arrived From: | BUX |
| Transferred To: | |
| Account Creation Date: | 5/29/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 01/08/2008 09:19:48 PM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $4.77 |
| ALX | 01/09/2008 10:48:54 AM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $1.77 |
| ALX | 01/11/2008 09:19:39 PM | TFN0111 | | | Phone Withdrawal | ($1.00) | | $0.77 |
| ALX | 02/06/2008 07:52:14 AM | 2197-C | | | Books | $60.00 | | $60.77 |
| ALX | 02/06/2008 03:29:52 PM | TFN0206 | | | Phone Withdrawal | ($10.00) | | $50.77 |
| ALX | 02/07/2008 12:18:42 PM | 67 | | | Sales | ($41.65) | | $9.12 |
| ALX | 02/07/2008 01:09:10 PM | 3309408 | | | Western Union | $138.05 | | $147.17 |
| ALX | 02/08/2008 01:00:23 PM | HIPP0108 | | | Payroll - IPP | $18.00 | | $165.17 |
| ALX | 02/08/2008 08:17:46 PM | TFN0208 | | | Phone Withdrawal | ($5.00) | | $160.17 |
| ALX | 02/09/2008 09:33:50 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $158.17 |
| ALX | 02/10/2008 02:51:08 PM | TFN0210 | | | Phone Withdrawal | ($3.00) | | $155.17 |
| ALX | 02/10/2008 03:49:09 PM | TFN0210 | | | Phone Withdrawal | ($3.00) | | $152.17 |
| ALX | 02/12/2008 05:04:30 PM | TFN0212 | | | Phone Withdrawal | ($3.00) | | $149.17 |
| ALX | 02/13/2008 08:07:31 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $147.17 |
| ALX | 02/14/2008 12:17:01 PM | 77 | | | Sales | ($81.25) | | $65.92 |
| ALX | 02/14/2008 02:38:59 PM | 108 | | | Sales | $0.00 | | $65.92 |
| ALX | 02/14/2008 02:43:26 PM | 111 | | | Sales | ($55.25) | | $10.67 |
| ALX | 02/15/2008 08:46:10 PM | TFN0215 | | | Phone Withdrawal | ($2.00) | | $8.67 |
| ALX | 02/15/2008 09:39:39 PM | TFN0215 | | | Phone Withdrawal | ($1.00) | | $7.67 |
| ALX | 02/22/2008 09:07:39 PM | TFN0222 | | | Phone Withdrawal | ($1.00) | | $6.67 |
| ALX | 02/23/2008 07:44:06 PM | TFN0223 | | | Phone Withdrawal | ($1.00) | | $5.67 |
| ALX | 02/26/2008 06:39:46 PM | TFN0226 | | | Phone Withdrawal | ($1.00) | | $4.67 |
| ALX | 03/05/2008 09:30:42 PM | TFN0305 | | | Phone Withdrawal | ($1.00) | | $3.67 |
| ALX | 03/06/2008 01:09:34 PM | 33311408 | | | Western Union | $50.00 | | $53.67 |
| ALX | 03/06/2008 09:15:05 PM | TFN0306 | | | Phone Withdrawal | ($1.00) | | $52.67 |
| ALX | 03/06/2008 09:24:50 PM | TFN0306 | | | Phone Withdrawal | ($2.00) | | $50.67 |
| ALX | 03/07/2008 12:12:08 PM | HIPP0208 | | | Payroll - IPP | $16.00 | | $66.67 |
| ALX | 03/07/2008 12:23:25 PM | 002040 | | | FRP Quarterly Pymt | ($25.00) | | $41.67 |
| ALX | 03/09/2008 08:37:53 PM | TFN0309 | | | Phone Withdrawal | ($1.00) | | $40.67 |
| ALX | 03/09/2008 09:19:01 PM | TFN0309 | | | Phone Withdrawal | ($1.00) | | $39.67 |

Date: 05/28/2008
Time: 8:10:51 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| Inmate Reg#: | 05723000 | Living Quarters: | A02-213L |
|---|---|---|---|
| Inmate Name: | WILLIAMS, CRAIG A | Arrived From: | BUX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 5/29/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 03/10/2008 02:33:13 PM | TFN0310 | | | Phone Withdrawal | ($1.00) | | $38.67 |
| ALX | 03/11/2008 06:10:55 AM | HFRP0308 | | | FRP Excess With | $25.00 | | $63.67 |
| ALX | 03/11/2008 06:10:55 AM | HFRP0308 | 3632 | | FRP Treasury Pymt | ($25.00) | | $38.67 |
| ALX | 03/11/2008 08:42:18 AM | 1 | | | Sales | ($6.65) | | $32.02 |
| ALX | 03/11/2008 08:43:41 AM | 2 | | | Sales | ($1.10) | | $30.92 |
| ALX | 03/11/2008 10:51:13 AM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $29.92 |
| ALX | 03/11/2008 11:01:11 AM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $28.92 |
| ALX | 03/12/2008 06:28:52 PM | TFN0312 | | | Phone Withdrawal | ($1.00) | | $27.92 |
| ALX | 03/13/2008 01:53:52 PM | 82 | | | Sales | ($25.35) | | $2.57 |
| ALX | 03/13/2008 03:09:37 PM | 3632-V | | | FRP Treasury Pymt | $25.00 | | $27.57 |
| ALX | 03/13/2008 03:09:49 PM | 3632 | | | FRP Treasury Pymt | ($25.00) | | $2.57 |
| ALX | 03/17/2008 10:23:36 AM | HICP0308 | | 3725 | Inmate Co-pay | ($2.00) | | $0.57 |
| ALX | 04/04/2008 12:36:24 PM | HIPP0308 | | | Payroll - IPP | $16.60 | | $17.17 |
| ALX | 04/05/2008 06:57:19 PM | TFN0405 | | | Phone Withdrawal | ($4.00) | | $13.17 |
| ALX | 04/09/2008 06:51:58 PM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $12.17 |
| ALX | 04/09/2008 07:02:46 PM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $11.17 |
| ALX | 04/12/2008 05:55:45 PM | TFN0412 | | | Phone Withdrawal | ($1.00) | | $10.17 |
| ALX | 04/16/2008 05:46:56 PM | TFN0416 | | | Phone Withdrawal | ($1.00) | | $9.17 |
| ALX | 04/17/2008 07:42:31 PM | TFN0417 | | | Phone Withdrawal | ($1.00) | | $8.17 |
| ALX | 04/18/2008 10:42:51 AM | TFN0418 | | | Phone Withdrawal | ($1.00) | | $7.17 |
| ALX | 04/27/2008 11:31:46 AM | TFN0427 | | | Phone Withdrawal | ($1.00) | | $6.17 |
| ALX | 04/27/2008 08:44:53 PM | TFN0427 | | | Phone Withdrawal | ($1.00) | | $5.17 |
| ALX | 04/29/2008 01:28:24 PM | TFN0429 | | | Phone Withdrawal | ($1.00) | | $4.17 |
| ALX | 05/02/2008 02:37:36 PM | TFN0502 | | | Phone Withdrawal | ($1.00) | | $3.17 |
| ALX | 05/07/2008 07:38:04 PM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $2.17 |
| ALX | 05/08/2008 07:19:38 PM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $1.17 |
| ALX | 05/08/2008 09:49:08 PM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $0.17 |
| ALX | 05/09/2008 12:10:32 PM | HIPP0408 | | | Payroll - IPP | $19.20 | | $19.37 |
| ALX | 05/11/2008 03:09:45 PM | TFN0511 | | | Phone Withdrawal | ($2.00) | | $17.37 |
| ALX | 05/11/2008 08:28:56 PM | TFN0511 | | | Phone Withdrawal | ($2.00) | | $15.37 |

Date: 05/28/2008
Time: 8:10:51 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 05723000 | Living Quarters: | A02-213L |
| Inmate Name: | WILLIAMS, CRAIG A | Arrived From: | BUX |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 5/29/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| ALX | 05/13/2008 09:13:35 PM | 33316208 | | Western Union | $100.00 | | $115.37 |
| ALX | 05/14/2008 12:19:33 PM | 72 | | Sales | ($100.00) | | $15.37 |
| ALX | 05/15/2008 08:18:36 PM | TFN0515 | | Phone Withdrawal | ($3.00) | | $12.37 |
| ALX | 05/16/2008 08:32:51 PM | TFN0516 | | Phone Withdrawal | ($1.00) | | $11.37 |
| ALX | 05/16/2008 08:46:10 PM | TFN0516 | | Phone Withdrawal | ($2.00) | | $9.37 |
| ALX | 05/17/2008 07:46:17 PM | TFN0517 | | Phone Withdrawal | ($2.00) | | $7.37 |
| ALX | 05/17/2008 08:48:26 PM | TFN0517 | | Phone Withdrawal | ($2.00) | | $5.37 |
| ALX | 05/22/2008 07:52:34 PM | TFN0522 | | Phone Withdrawal | ($3.00) | | $2.37 |
| ALX | 05/22/2008 09:32:14 PM | TFN0522 | | Phone Withdrawal | ($1.00) | | $1.37 |
| ALX | 05/26/2008 06:36:07 PM | TFN0526 | | Phone Withdrawal | ($1.00) | | $0.37 |
| | Total Transactions: 93 | | | Totals: | ($0.31) | $0.00 | $0.37 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |
| Totals: | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $546.05 | $546.40 | $15.40 | $115.37 | $9.85 | N/A | N/A |

*[signature] 5/28/08*

# Inmate Statement

🖨 PRINT

| | |
|---|---|
| **Inmate Reg #:** 05723000 | **Current Institution:** Allenwood FCC |
| **Inmate Name:** WILLIAMS, CRAIG | **Housing Unit:** ALP-A-A |
| **Report Date:** 08/12/2008 | **Living Quarters:** A02-213L |
| **Report Time:** 12:16:07 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 8/11/2008 9:25:32 PM | TFN0811 | | | Phone Withdrawal | ($1.00) | | $18.48 |
| ALX | 8/10/2008 8:59:31 PM | TFN0810 | | | Phone Withdrawal | ($2.00) | | $19.48 |
| ALX | 8/10/2008 8:49:38 PM | TFN0810 | | | Phone Withdrawal | ($1.00) | | $21.48 |
| ALX | 8/8/2008 7:52:36 AM | HIPP0708 | | | Payroll - IPP | $20.40 | | $22.48 |
| ALX | 8/5/2008 9:46:02 PM | TFN0805 | | | Phone Withdrawal | ($1.00) | | $2.08 |
| ALX | 8/5/2008 9:37:40 PM | TFN0805 | | | Phone Withdrawal | ($1.00) | | $3.08 |
| ALX | 7/24/2008 9:52:41 PM | TFN0724 | | | Phone Withdrawal | ($2.00) | | $4.08 |
| ALX | 7/15/2008 8:32:53 PM | TFN0715 | | | Phone Withdrawal | ($2.00) | | $6.08 |
| ALX | 7/15/2008 8:16:16 PM | TFN0715 | | | Phone Withdrawal | ($1.00) | | $8.08 |
| ALX | 7/14/2008 9:45:09 PM | TFN0714 | | | Phone Withdrawal | ($2.00) | | $9.08 |
| ALX | 7/12/2008 9:46:46 PM | TFN0712 | | | Phone Withdrawal | ($2.00) | | $11.08 |
| ALX | 7/12/2008 9:36:31 PM | TFN0712 | | | Phone Withdrawal | ($2.00) | | $13.08 |
| ALX | 7/8/2008 2:00:49 PM | 67 | | | Sales | ($16.90) | | $15.08 |
| ALX | 7/3/2008 8:09:29 AM | HIPP0608 | | | Payroll - IPP | $13.71 | | $31.98 |
| ALX | 7/2/2008 12:26:09 PM | 70 | | | Sales | ($3.90) | | $18.27 |
| ALX | 7/1/2008 9:10:25 PM | TFN0701 | | | Phone Withdrawal | ($2.00) | | $22.17 |
| ALX | 6/23/2008 1:59:22 PM | 68 | | | Sales | ($77.85) | | $24.17 |
| ALX | 6/20/2008 5:08:20 AM | 70110801 | | | Lockbox - CD | $100.00 | | $102.02 |
| ALX | 6/18/2008 9:23:16 PM | TFN0618 | | | Phone Withdrawal | ($2.00) | | $2.02 |
| ALX | 6/10/2008 7:45:01 AM | HFRP0608 | | | FRP Excess With | $25.00 | | $29.02 |
| ALX | 6/10/2008 7:45:01 AM | HFRP0608 | 5443 | | FRP Treasury Pymt | ($25.00) | | $4.02 |
| ALX | 6/6/2008 7:08:42 PM | TFN0606 | | | Phone Withdrawal | ($3.00) | | $4.02 |
| ALX | 6/6/2008 1:16:07 PM | 002062 | | | FRP Quarterly Pymt | ($25.00) | | $7.02 |
| ALX | 6/6/2008 1:01:43 PM | HIPP0508 | | | Payroll - IPP | $15.60 | | $32.02 |
| ALX | 6/5/2008 8:31:20 PM | TFN0605 | | | Phone Withdrawal | ($1.00) | | $16.42 |
| ALX | 6/5/2008 7:28:32 PM | TFN0605 | | | Phone Withdrawal | ($3.00) | | $17.42 |
| ALX | 6/4/2008 7:42:16 PM | TFN0604 | | | Phone Withdrawal | ($2.00) | | $20.42 |
| ALX | 6/4/2008 12:14:58 PM | 51 | | | Sales | ($73.95) | | $22.42 |
| ALX | 6/4/2008 7:35:52 AM | TFN0604 | | | Phone Withdrawal | ($1.00) | | $96.37 |
| ALX | 6/3/2008 9:06:57 PM | TFN0603 | | | Phone Withdrawal | ($1.00) | | $97.37 |
| ALX | 6/2/2008 9:12:42 PM | TFN0602 | | | Phone Withdrawal | ($2.00) | | $98.37 |
| ALX | 6/2/2008 2:11:09 PM | 33317608 | | | Western Union | $100.00 | | $100.37 |
| ALX | 5/26/2008 6:36:07 PM | TFN0526 | | | Phone Withdrawal | ($1.00) | | $0.37 |

| ALX | 5/22/2008 9:32:14 PM | TFN0522 | Phone Withdrawal | ($1.00) | $1.37 |
|---|---|---|---|---|---|
| ALX | 5/22/2008 7:52:34 PM | TFN0522 | Phone Withdrawal | ($3.00) | $2.37 |
| ALX | 5/17/2008 8:48:26 PM | TFN0517 | Phone Withdrawal | ($2.00) | $5.37 |
| ALX | 5/17/2008 7:46:17 PM | TFN0517 | Phone Withdrawal | ($2.00) | $7.37 |
| ALX | 5/16/2008 8:46:10 PM | TFN0516 | Phone Withdrawal | ($2.00) | $9.37 |
| ALX | 5/16/2008 8:32:51 PM | TFN0516 | Phone Withdrawal | ($1.00) | $11.37 |
| ALX | 5/15/2008 8:18:36 PM | TFN0515 | Phone Withdrawal | ($3.00) | $12.37 |
| ALX | 5/14/2008 12:19:33 PM | 72 | Sales | ($100.00) | $15.37 |
| ALX | 5/13/2008 9:13:35 PM | 33316208 | Western Union | $100.00 | $115.37 |
| ALX | 5/11/2008 8:28:56 PM | TFN0511 | Phone Withdrawal | ($2.00) | $15.37 |
| ALX | 5/11/2008 3:09:45 PM | TFN0511 | Phone Withdrawal | ($2.00) | $17.37 |
| ALX | 5/9/2008 12:10:32 PM | HIPP0408 | Payroll - IPP | $19.20 | $19.37 |
| ALX | 5/8/2008 9:49:08 PM | TFN0508 | Phone Withdrawal | ($1.00) | $0.17 |
| ALX | 5/8/2008 7:19:38 PM | TFN0508 | Phone Withdrawal | ($1.00) | $1.17 |
| ALX | 5/7/2008 7:38:04 PM | TFN0507 | Phone Withdrawal | ($1.00) | $2.17 |
| ALX | 5/2/2008 2:37:36 PM | TFN0502 | Phone Withdrawal | ($1.00) | $3.17 |
| ALX | 4/29/2008 1:28:24 PM | TFN0429 | Phone Withdrawal | ($1.00) | $4.17 |

1 2 3

Total Transactions: 126

Totals: $18.48   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $18.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.48 |
| Totals: | $18.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.48 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $451.51 | $585.20 | $13.78 | $22.48 | $6.96 | N/A | N/A |